FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 28 2014

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER GULLEY**                                               PLAINTIFF

v.                          CASE NO. 4:14cv440 SWW

**WILLIAMS & FUDGE, INC.**                                           DEFENDANT

## COMPLAINT

COMES the Plaintiff, Christopher Gulley (Gulley) by his attorneys, and for his Complaint against Williams & Fudge, Inc., states:

*This case assigned to District Judge Wright
and to Magistrate ___ Ray*

### INTRODUCTION

1. The United States Congress has found abundant evidence of the use of abusive, deceptive and unfair debt collection practices by many debt collectors and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs and to invasions of individual privacy. Congress wrote the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et. seq. to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

2. Gulley, by and through his attorneys, brings this action to challenge the actions of Williams & Fudge, Inc., debt collectors, with regard to attempts by Williams & Fudge, Inc. to unlawfully and abusively collect a debt allegedly owed by Gulley and this conduct caused damages to Gulley.

### JURISDICTION AND VENUE

3. Jurisdiction of this Court arises pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k(d) and 47 U.S.C. §227 and its concurrent jurisdiction over State law claims.

4. This action arises out of Williams & Fudge, Inc. violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. and violations of the Telephone Consumer Protection Act, 47 U.S.C. §227, et seq. and State law claims for invasion of privacy.

5. The actions alleged in this Complaint occurred within the State of Arkansas.

6. Venue is proper pursuant to 28 U.S.C. §1391.

## PARTIES

7. Gulley is a natural person who resides in Bradford, White County Arkansas and is a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

8. Williams & Fudge, Inc. is a "debt collector" as that term is defined by 15 U.S.C. §1692a(6).

9. Williams & Fudge, Inc. is registered with the Arkansas Secretary of State and is being served via its registered agent for service of process:

>The Corporation Company
>124 West Capitol Avenue
>Suite 1900
>Little Rock, AR 72201

## FACTUAL ALLEGATIONS

10. On or about October 8, 2013, Gulley began receiving telephone calls on his cellular telephone from Williams & Fudge, Inc. regarding a debt owed by his girlfriend, Krystal Evans. Williams & Fudge, Inc. demanded payment of the debt from Gulley over the course of dozens of calls to him; most recently in June 2014. At one point, a representative of

Williams & Fudge, Inc. told Gulley that "it's because of lazy people like you that America's in such deep shit."

Over the course of the last eight months, Williams & Fudge, Inc. has continually called Gulley demanding payment of a debt not owed by him. Every time Williams & Fudge, Inc. called Gulley, Gulley informed Williams & Fudge, Inc. that he did not owe the debt and to cease communication with him. Williams & Fudge, Inc. continually ignored Gulley's request to cease communications and continued its course of abuse and harassment in its attempt to collect a debt not owed by Gulley. Williams & Fudge, Inc. had actual knowledge that the debt was owed by Krystal Evans and not Gulley.

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

11. Williams & Fudge, Inc. has violated the following sections of the Fair Debt Collection Practices Act under the "unsophisticated debtor" standard and for which strict liability applies:

    i. 15 U.S.C. §1692d(2): The use of obscene or profane language or language the natural consequence of which is to abuse the hearer or reader.

    ii. 15 U.S.C. §1692d(5): Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

    iii. 15 U.S.C. §1692e(10): The use of any false representation or deceptive means to collect or attempt to collect any debt.

    iv. 15 U.S.C. §1692d: Conduct the natural consequences of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT

12. Williams & Fudge, Inc. placed at least fifty telephone calls to Gulley's cellular telephone utilizing its automatic telephone dialing system, without his express permission.

## INVASION OF PRIVACY BY INTRUSION UPON SECLUSION

13. By continually calling Gulley over the course of eight months in an effort to collect a debt he did not owe, Williams & Fudge, Inc. has invaded the privacy of Gulley under Arkansas law. The invasion of privacy caused Gulley distractions and distress at work and at home as well as tension between himself and his girlfriend.

## DAMAGES

14. Gulley is entitled to the following damages:

   i. Statutory damages in the amount of $1,000.00.

   ii. Actual damages for mental distress, anguish and humiliation.

   iii. Attorney fees and costs.

   iv. $500 per call under the TCPA, trebled based on intent.

   v. Damages for emotional distress and mental anguish caused by invasion of privacy.

## PRAYER FOR RELIEF

15. Gulley prays the Court enter judgment against Williams & Fudge, Inc. for his damages enumerated above and for all other relief to which he may be entitled.

## JURY DEMAND

16. Gulley demands a trial by jury.

Respectfully submitted,
**COOK LAW FIRM, P.A.**
8114 Cantrell Rd, Ste 100
Little Rock, AR 72227
Telephone: (501) 255-1500
Facsimile: (501) 255-1116

_____
J.R. Andrews, AR Bar No. 92041