UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| Christopher Gulley, | C/A No.: 4:14-cv-00440-SWW |
| Plaintiff, | |
| v. | |
| Williams & Fudge, Inc., | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Williams & Fudge, Inc. via their respective counsel that, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the above captioned matter is hereby dismissed against Defendant Williams & Fudge, Inc. with prejudice and without costs or attorney's fees to any party.

Respectfully submitted this 22 day of January, 2015.

WE SO STIPULATE:

s/ J. R. Andrews
J. R. Andrews, AR Bar No. 92041
Attorney at Law
2014 Martha Drive
Little Rock, AR 72212
T:501.680.3634

jrandrewsatty@yahoo.com
ATTORNEY FOR PLAINTIFF

s/ Jason C. Smith
Jason Smith, #57657
Spencer Fane Britt & Browne LLP
3259 E. Ridgeview Street
Springfield, MO 65804
T: 417.888.1000
F: 417.881.8035
jcsmith@spencerfane.com
ATTORNEY FOR DEFENDANT
WILLIAMS & FUDGE, INC.

1