IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GULLEY, | * |
| Plaintiff, | * |
| vs. | * No. 4:14CV00440 SWW |
| WILLIAMS & FUDGE, INC., | * |
| Defendant. | * |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of dismissal filed by the parties, this case is hereby dismissed with prejudice. Each side will bear its own fees and costs.

DATED this 27th day of January, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE